**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 99-6863

PIERRE A. RENOIR,

Plaintiff - Appellant,

versus

CORRECTIONAL MEDICAL SERVICES, Red Onion State
Prison,

Defendant - Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Samuel G. Wilson, Chief District Judge.  (MISC-99-49-7)

Submitted:  August 19, 1999          Decided:  August 26, 1999

Before WIDENER and KING, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Pierre A. Renoir, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Pierre A. Renoir sought a temporary restraining order prohibiting Defendant from denying him medical treatment and attempting to harm him in retaliation for filing civil claims against it. He now appeals the district court's denial of a temporary restraining order and the further denial of preliminary injunctive relief. To the extent that Renoir appeals from the court's denial of a temporary restraining order, that order is not appealable. See Virginia v. Tenneco, Inc., 538 F.2d 1026, 1029-30 (4th Cir. 1976). We have reviewed the record and the district court's opinion denying preliminary injunctive relief and find no abuse of discretion. See Direx Israel, Ltd. v. Breakthrough Medical Corp., 952 F.2d 802, 812-13 (4th Cir. 1991). Accordingly, we affirm on the reasoning of the district court. See Renoir v. Correctional Medical Services, No. MISC-99-49-7 (W.D. Va. June 9, 1999). We further deny Renoir's motion to consolidate this appeal with Appeals No. 99-6698, 99-6596, 99-6722. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2